| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Map Link, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **77-0222398** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**30 S. La Patera Lane #5**<br>**Santa Barbara, CA**<br>ZIP CODE **93117** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Barbara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**30 S. La Patera Lane #5, Santa Barbara, CA** | ZIP CODE **93117** |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- ☑ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available
  for distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Map Link, Inc.** | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:  **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)           Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>❑  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>❑    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br><br>❑    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Map Link, Inc.

FORM B1, Page 3

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>    Signature of Debtor<br><br>X **Not Applicable**<br>    Signature of Joint Debtor<br><br>    Telephone Number (If not represented by attorney)<br><br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>    (Signature of Foreign Representative)<br><br>    (Printed Name of Foreign Representative)<br><br>    Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _(signature)_<br>Signature of Attorney for Debtor(s)<br><br>**Eric W. Burkhardt**<br>Printed Name of Attorney for Debtor(s)<br><br>**Beall & Burkhardt**<br>Firm Name<br><br>**1114 State Street Suite 200**<br>Address<br><br>**Santa Barbara, CA 93101**<br><br>**(805) 966-6774**    **(805) 963-5988**<br>Telephone Number<br><br>12/11/08    **132812**<br>Date    Bar Number<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>    Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _William S Hunt_<br>Signature of Authorized Individual<br><br>**William Hunt**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>11 DEC 2008<br>Date | |

# United States Bankruptcy Court

## Central District of California

In re:

**Map Link, Inc.**

Case No. _____

Chapter        **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **William Hunt**, declare under penalty of perjury that I am the **President** of **Map Link, Inc.**, a  **California** Corporation and that on **12/11/2008** the following resolution was duly adopted by the **William Hunt** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **William Hunt**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **William Hunt**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **William Hunt**, **President** of this Corporation, is authorized and directed to employ **Eric W. Burkhardt**, attorney and the law firm of **Beall & Burkhardt** to represent the Corporation in such bankruptcy case."

Executed on:  11 DEC 2008

Signed:  _William S Hunt_

**William Hunt**

Form B4 (Official Form 4) - (12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:   Map Link, Inc. | CHAPTER:   11 |
| --- | --- |
| Debtor(s). | CASE NO.: |

## Form 4.
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| Rand McNally<br>8255 N Central Park<br>Skokie, IL 60076 | | Trade Debt | | $266,982.39 |
| Rita Draper<br>1666 Las Canoas<br>Santa Barbara, CA 93104 | | Long Term Loan | | $200,000.00 |
| Hagstrom Map Co<br>36-36 33rd St, Suite 401<br>Long Island City, NY 11106 | | Trade Debt | | $154,689.08 |
| Laura Ericson<br>427 Rosario Dr<br>Santa Barbara, CA 93110 | | Long Term Loan | | $151,415.42 |
| DeLorme<br>2 DeLorme Dr, P.O. Box 298<br>Yarmouth, ME 04096 | | Trade Debt | | $111,287.63 |
| Streetwise Maps<br>4376 Independence Ct<br>Sarasota, FL 34234 | | Trade Debt | | $108,281.35 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:  **Map Link, Inc.**<br><br>Debtor(s). | CHAPTER:  **11**<br><br>CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Freytag & Berndt**<br>**Brunnerstrasse 69**<br>**A-1230 Vienna, Austria** | | Trade Debt | | $93,446.22 |
| **The Milepost**<br>**PO Box 470725**<br>**Fort Worth, TX 76147** | | Trade Debt | | $91,846.29 |
| **TeamFaktor Sued GmbH**<br>**Buchhofstr 1A,**<br>**D-82319 Starnberg,**<br>**Germany** | | Trade Debt | | $64,890.13 |
| **CF Commercial Factoring GmbH**<br>**Vogelberg 38, D-29227**<br>**Celle, Germany** | | Trade Debt | | $58,553.81 |
| **Gary Rees**<br>**1666 Las Canoas**<br>**Santa Barbara, CA 93104** | | Long Term Loan | | $50,000.00 |
| **Mapsco**<br>**4181 Centurion Way**<br>**Addison, TX 75001** | | Trade Debt | | $40,336.94 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:  **Map Link, Inc.**

Debtor(s).

CHAPTER:  **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Globe Pequot Press 246 Goose Lane Guilford, CT 06437 | | Trade Debt | | $38,405.10 |
| ITMB Publishing Ltd 12300 Bridgeport Rd Richmond, BC V6V 1J5 Canada | | Trade Debt | | $29,727.86 |
| National Geographic Maps 212 Beaver Brook Canyon Dr Evergreen, CO 80439 | | Trade Debt | | $27,325.57 |
| Map Supply PO Box 1748 Welcome, NC, 27374 | | Trade Debt | | $22,820.55 |
| Peter Heiler c/o Map Art 70 Bloor Street E, Oshawa, Ontario L1H 3M2 Canada | | Trade Debt | | $21,621.14 |
| Universal Map Group PO Box 147 Fort Washington, PA 19034 | | Trade Debt | | $21,256.81 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | **Map Link, Inc.** | CHAPTER: | **11** |
|---|---|---|---|
| | Debtor(s). | CASE NO.: | |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **Nelles Verlag**<br>**Machtlfinger Str 11,**<br>**D-81379 Muenchen,**<br>**Germany** | | Trade Debt | | $20,199.02 |
| **Penguin Group**<br>**405 Murray Hill Pkwy**<br>**East Rutherford, NJ 07073** | | Trade Debt | | $19,092.01 |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, William Hunt President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __11 Dec 2008__

_William S Hunt_
_____

**William Hunt ,President**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

| Party Name, Address, Telephone (CA State Bar No. if applicable) | FOR COURT USE ONLY |
|---|---|
| **Map Link, Inc., 30 S. La Patera Lane #5, Santa Barbara, CA 93117, 805-692-6777, 805-692-6787 (fax)**<br><br>*Attorney for* **Map Link, Inc.** | |

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| n re:    **Map Link, Inc.** | CHAPTER:    **11**<br><br>CASE NUMBER |
| •    Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

   **30 S. La Patera Lane #5, Santa Barbara, CA 93117**

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   **30 S. La Patera Lane #5, Santa Barbara, CA 93117**

3.   Disclose  the current business address(es) for all corporate officers:

   **30 S. La Patera Lane #5, Santa Barbara, CA 93117**

4.   Disclose the current business address(es) where the Debtor's books and records are located:

   **30 S. La Patera Lane #5, Santa Barbara, CA 93117**

| In re  **Map Link, Inc.** | CHAPTER:  **11** |
|---|---|
| Debtor. | CASE NO.: |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

   **30 S. La Patera Lane #5, Santa Barbara, CA 93117**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   **None**

7. State the name and address of the individual signing this Statement and the relationship of such person to the Debtor (specify):

   **William Hunt, President**

8. Total number of attached pages of supporting documentation:  _____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the  __11____day of  **December**_____,20 __08____,at  Santa Barbara_____, California

**William Hunt**_____        _William S Hunt_____

*Type Name of Officer*                                              *Signature of Declarant*

**President**_____

*Position or Title of Officer*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __**Santa Barbara**_____ , California      _William S Hunt, president_

Dated: ___11 Dec 2008_____                                    Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                                    **F 1015-2.1**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Map Link, Inc.** | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | as approved |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/11/08
_____
*Date*

_____
*Signature of Attorney*

**Beall & Burkhardt**
*Name of Law Firm*

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST

## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Eric W. Burkhardt**
Address     **Beall & Burkhardt**
            **1114 State Street**
            **Suite 200**
            **Santa Barbara, CA 93101**
Telephone   **(805) 966-6774**

☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Map Link, Inc.** | Case No.:<br><br>Chapter:        11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ X̶ 11 _____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _____ 11 DEC 2008 _____          _William S Hunt_
                                          William Hunt ,President

_____
Eric W. Burkhardt, Attorney *(if applicable)*

Map Link, Inc.
30 S. La Patera Lane #5
Santa Barbara, CA 93117

Eric W. Burkhardt
Beall & Burkhardt
1114 State Street
Suite 200
Santa Barbara, CA 93101

A Broader View
100 Vickery Lane
Roswell, GA 30075

A&R Paper and Packaging, Inc.
15601 New Century Drive
Gardena, CA 90248

Adventure Maps, Inc.
P.O. Box 4642
Salem, OR 97302

Anton Miles
Attn: Hanne Lauridsen
517 East 11th Street #2,
New York, NY 10009

Barclay Publishing LLC
2755 Sheffield Place
Castro Valley, CA 94546

Benchmark Maps
34 N Central
Medford, OR, 97501

California State Automobile Associt
Remittance Processing
P.O. Box 429012
San Francisco, CA 94142-9012

DeLorme
2 DeLorme Dr, P.O. Box 298
Yarmouth, ME 04096

Cartographia
PO Box 80
Budapest, 1590
Hungary

ITMB Publishing Ltd
12300 Bridgeport Rd
Richmond, BC V6V 1J5 Canada

CF Commercial Factoring GmbH
Vogelberg 38, D-29227
Celle, Germany

Commercial Survey Co.
203 Caxton Bldg, 812 Huron Road
Cleveland, OH 44115

DocuProducts Corporation
2368 Eastman Ave, Suite 2
Ventura, CA 93003

DTG Maps
PO Box 11690
Bozeman, MT 59719-1690

EasyLink Services Int'l Co.
Box 510473
Philadelphia, PA 19175-0473

Engels Guide Inc.
357 River Road
Fort Thomas, KY 41075

Estes Express Lines
PO Box 25612
Richmond, VA 23260-5612

Franklin Maps
333 S. Henderson Rd
King of Prussia, PA 19406

Franko's Maps
2675 Independence Circle
Corona, CA 92882

Freytag & Berndt
Brunnerstrasse 69
A-1230 Vienna, Austria

G.M. Johnson and Associates, Ltd.
4562 Dawson Street
Burnaby, Canada V5C 4C1

GAIA Communications, Inc
908 King St, Ste 300
Alexandria, VA 22314

Gary Rees
1666 Las Canoas
Santa Barbara, CA 93104

Giunti Editore S.p.A.
(Touring Editore srl), Via Dante
Milano, 20121
Italy.

Global Graphics
346 Vista Marazul
Oceanside, CA 92057

Globe Pequot Press
246 Goose Lane
Guilford, CT 06437

Great Britain Ordnance Survey
P.O. Box 559
Southampton, SO16 4XH
United Kingdom

Great Pacific Recreation Maps
9010 SE 45th St
Mercer Island, WA 98040

GTR Mapping
PO Box 1984
Canon City, CO 81215-1984

Hagstrom Map Co
36-36 33rd St, Suite 401
Long Island City, NY 11106

Hallwag
Grubenstrasse 109
Schonbuhl-Bern,  CH-3322
Switzerland

HarperCollins Publishing
Credit Mgmt. Dist. Services
Westerhill Road
Glasgow, G64 2QT
United Kingdom

Hedberg Maps
1500 Jackson St NE, 3rd Fl. St
Minneapolis, MN 55413

Hema Maps North America
921 E 86th Stm Suite 107
Indianapolis, IN 46240

Hugg-a-Planet
7A Morse Drive
Essex Jct, VT 05452

IGN - France
Direction Commerciale
107 Rue la Botie
Paris, 75008
France

Imus Geographics
PO Box 161
Eugene, OR 97440

Jimapco
2095 Route 9
Round Lake, NY 12151

Karto+Grafik Verlagsgesellscha
Schoenberger Weg 15-17
Frankfurt/Main, 60488
Germany

Kent H. Landsberg
Dept 6106
Los Angeles, CA 90084-6106

King Distributors
7300 Washington Ave S.
Eden Prarie, MN 55344

Laura Ericson
427 Rosario Dr
Santa Barbara, CA 93110

Litografia Artistica
Via del Romito, 11-13r
Firenze, 50134
Italy

Map - Mapping and Publishing
17 Tschernikhovski St.
PO Box 56024
Tel Aviv, 61560
Israel

Map Supply
PO Box 1748
Welcome, NC, 27374

Map Works, Inc
2125 Buffalo Road, Suite 112
Rochester, NY 14624

MapArt Publishing Corp
72 Bloor Street East
Oshawa, Ontario, L1H 3M2
Canada

Mapsco
4181 Centurion Way
Addison, TX 75001

Masterpiece International Ltd
615 N. Nash Street, Suite 300
El Segundo, CA 90245

Meridian Graphics, Inc
2582 S. Maguire Rd., #378
Ocoee, FL 34761

Metro Graphic Arts
232 Avenue G
Gwinn, MI 49841

National Geographic Maps
212 Beaver Brook Canyon Dr
Evergreen, CO 80439

Nelles Verlag
Machtlfinger Str 11,
D-81379 Muenchen,
Germany

New Atlas dot Com
304 N Meridian Ave Suite G
Oklahoma City, OK 73107

Northwest Distributors
609 Hickory NW, Suite 140
PMB 130
Albany, OR 97321

ODT, Inc.
PO Box 134
Amherst, MA 01004

Opus Publishing, LLC
69-12 173rd St
Fresh Meadows, NY 11365

Pacific Paper Products
132 Garden St. #39
Santa Barbara, CA 93101

Pan Terra Inc.
PO Box 556
Hill City, SD 57745

Penguin Group
405 Murray Hill Pkwy
East Rutherford, NJ 07073

Peter Heiler c/o Map Art
70 Bloor Street E,
Oshawa, Ontario L1H 3M2
Canada

Planet Earth Gifts
Didier Gincig, PO Box 1821
East Sound, WA 98245

Power Machinery Center
3450 East Camino Ave
Oxnard, CA 93030-8809

RaboBank
33 East Carrillo Street
Santa Barbara, CA 93101

Rand McNally
8255 N Central Park
Skokie, IL 60076

Red Maps/West 16th St. Map Co.
141 West 16th St Suite 3B
New York, NY 10011

Rita Draper
1666 Las Canoas
Santa Barbara, CA 93104

ROAD Editions S.A.
21, Kozanis Str
118 55 Votanikos,  Athens
Greece

Roadway Express, Inc.
PO Box 100129
Pasadena, CA 91189-0129

Rubel BikeMaps
PO Box 401035
Cambridge, MA 02140

Sky Terrain
PO Box 808
Boulder, CO 80306

Steam Powered Group
HSBC Bank  A/C 011-78999-9
52nd St. 666 Fifth Ave
New York, NY 10103

Streetwise Maps
4376 Independence Ct
Sarasota, FL 34234

Tauranac, Ltd
900 West End Avenue
New York, NY 10025-3525

TeamFaktor Sued GmbH
Buchhofstr 1A,
D-82319 Starnberg,
Germany

The Globe Pequot Pr
246 Goose Lane
Guilford, CT 06437

The Milepost
PO Box 470725
Fort Worth, TX 76147

The Pikes Peak Lithographing C
PO Box 7122
Colorado Springs, CO 80933

Tom Harrison
2 Falmouth Cove
San Rafael, CA 94901-4465

Totem Publications
8705 271st St. NW, Suite #7
Stanwood, WA 98292

Tuttle Publishing
Dist. Center, Airport Ind. Par
364 Innovation Drive
North Clarendon, VT 05759-9436

Universal Map Group
PO Box 147
Fort Washington, PA 19034

William Hunt
840 Mission Canyon Rd
Santa Barbara, CA 93105