1  **BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
2  ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
3  SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

4

5  Attorneys for Debtor

6

7  ### UNITED STATES BANKRUPTCY COURT

8  ### CENTRAL DISTRICT OF CALIFORNIA

9

10  In re                                    ) Bk. No. 9:08-bk-13277-RR
                                             ) Chapter 11
11  Map Link, Inc.,                          )
                                             ) **MEMORANDUM IN SUPPORT OF**
12                          Debtor.          ) **CONFIRMATION OF DEBTOR'S**
                                             ) **CHAPTER 11 PLAN OF**
13  _____ ) **REORGANIZATION, AS MODIFIED**

14                                           Date: July 14, 2010
                                             Time: 11:00 a.m.
15                                           Place: 1415 State Street
                                                  Courtroom 201
16                                                Santa Barbara, CA 93101

17

18

19       Debtor, Map Link, Inc., ("Map Link") herein respectfully

20  submits this memorandum of law in support of confirmation of the

21  Chapter 11 Plan, as modified, proposed by the debtor dated May 3,

22  2010 ("the Plan") pursuant to §1129(a) or (b) of the *Bankruptcy*

23  *Code*. Unfortunately, the Debtor suffered several financial

24  challenges in June 2010, and no longer believes it can argue in

25  good faith that the current plan is feasible. Such financial

26  challenges are detailed below.

27       By order after this court's hearing on April 14, 2010, the

28  court approved the debtor's Disclosure Statement ("the Disclosure

1   Statement") pursuant to §1125, finding that the Disclosure

2   Statement contained adequate information.  Pursuant to this order,

3   the debtor mailed copies of the Plan, Disclosure Statement, Order,

4   and the ballots to all creditors and other interested parties.  The

5   court fixed July 1, 2010, as the last date for filing written

6   acceptances or rejections of the Plan and for filing and serving

7   written objections to confirmation of the Plan.

8

9                                   I

10                                **VOTING**

11  **The Following Votes Have Been Received:**

12      The debtor has received a number of ballots with regard to the

13  Plan.  The voting on the Plan was as follows.

14      Class 1, the only secured creditor, Rabobank, did not submit a

15  ballot. However, Rabobank had previously agreed to the treatment

16  set forth in the Plan. Classes 2 and 3 overwhelming voted to accept

17  the Plan.

18                                  II

19      **SEVERE FINANCIAL CHALLENGES IN JUNE 2010 THAT**

20           **RENDER THE PLAN NOT FEASIBLE**

21      Map Link's cash flow had been steadily improving over the

22  course of the case. Map Link had lowered its expenses

23  substantially and initiated new product lines to increase sales.

24  Unfortunately, those sales did not increase enough to cover the

25  still remaining expenses, primarily payroll, rent and the monthly

26  principal and interest payments to Rabobank. Then, in June,

27  several adverse events occurred which together are insurmountable

28  to make the Plan feasible.

1      1.  Map Link ran out of cash, so it couldn't buy more

2    inventory.  As a result of not having enough stock, Map Link

3    couldn't make the sales it expected to make.  Map Link believes it

4    could have sold another $50,000 of product in June if it had the

5    inventory.

6      2. One of the two new product lines, the Earth atlas, was

7    cancelled.  It was presented on the Today show, but Map Link only

8    sold one atlas as a result. · Not enough consumers are able or

9    willing to spend several thousand dollars to own a luxury atlas.

10   Map Link sold only enough to cover the costs of promotion, so it

11   was not a profit center as expected.

12     3. The other new product line, 3D postcards were successful,

13   perhaps too successful. Map Link was the US Distributor for a

14   German company, on a month to month basis. The manufacturer

15   decided to bring the 3D postcards back in house and is in the

16   process of setting up a subsidiary United States company to market

17   the 3D postcards in the United States.

18     4. Map Link's main inventory server, the SX server, crashed

19   and has not yet been repaired due to the lack of cash.  It cost

20   Map Link its top account, Hastings, since it was unable to fill

21   their orders.

22     5.  Stuart Allan of Benchmark announced that he would

23   restrict Map Link sales of Benchmark atlases to no more than

24   $15,000 per month.  This would reduce Map Link's revenues.

25   6.  Marcia Green, Map Link's administrator, announced that she

26   would be leaving Map Link.  She decided to leave for reasons

27   independent of Map Link.  She would be difficult to replace and

28

1   the management of the company during the difficult transition

2   after emergence from Chapter 11 required her to be present.

3

4                                   III

5                               CONCLUSION

6        The  Debtor  has  contacted  Rabobank  to  discuss  alternative

7   options  going  forward.  As  a  secured  creditor  with  a  lien  on

8   virtually  all  the  assets  of  Map  Link,  (with  the  exception  of  Map

9   Link's  50%  interest  in  Benchmark),  any  feasible  plan  going  forward

10  would  require  the  agreement  and  support  of  Rabobank.  Although

11  Rabobank  has  been  very  cooperative  throughout  this  case,  Map  Link

12  understands  that  Rabobank  will  likely  be  hesitant  to  make  the

13  substantial  concessions  that  would  be  needed  to  allow  Map  Link  to

14  confirm  the  Plan.  Accordingly,  Map  Link  anticipates  requesting  a

15  conversion  to  Chapter  7  at  or  before  the  scheduled  confirmation

16  hearing.

17                                    Respectfully Submitted,

18       Dated:  July ⊘ , 2010         BEALL & BURKHARDT

19

20                                    By: _____

21                                        Eric W. Burkhardt, Attorneys
                                          for Debtor, Map Link, Inc.

22

23

24

25

26

27

28

| In re:<br>Map Link, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 9:08-bk-13277-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing documents described **MEMORANDUM IN SUPPORT OF CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION, AS MODIFIED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 07/08/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
    United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
    William E Winfield    wwinfield@nchc.com

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 07/08/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Request for Special Notice:**
David Galle, Esq.
Steven W. Meyer, Esq.
Rebecca G. Sluss, Esq.
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Dean Haskell
9 Planters Wood Court
Hilton Head Island, SC 29928

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 07/08/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy:**
Honorable Robin Riblet
United States Bankruptcy Court
Central District of California
1415 State Street
Santa Barbara, CA 93101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/13/10 | Natalie A. Spilborghs | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                           **F 9013-3.1**