BEALL & BURKHARDT
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

Attorneys for Debtor



FILED
DEC - 8 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

ENTERED
DEC - 8 2010
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re                                    ) Bk. No. 9:08-bk-13277-RR
                                         ) Chapter 11
Map Link, Inc.,                          )
                                         ) **ORDER ON MOTION TO SELL ASSET
                Debtor.                  ) OF THE CHAPTER 11 ESTATE (50%
                                         ) INTEREST IN BENCHMARK MAPS,
                                         ) LLC) UNDER BANKRUPTCY CODE
                                         SECTION 363**

                                         Date:  December 7, 2010
                                         Time:  10:00 a.m.
                                         Place: 1415 State Street
                                                Courtroom 201
                                                Santa Barbara, CA 93101

The Debtor's Motion to sell its 50% interest (the "Interest") in Benchmark Maps, LLC ("Benchmark") came before this Court on December 7, 2010. Eric W. Burkhardt of Beall and Burkhardt appeared on behalf of Map Link, Inc. and other appearances are as shown in the reporter's transcript. The Court having reviewed the pleadings on file and the argument of the parties, and the Motion having been properly noticed,

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The debtor is authorized to sell its 50% Interest in Benchmark to Bill Hunt (the "Buyer") for the amount of $240,000.

1

1  The Buyer has delivered $10,000 to Beall & Burkhardt, which is
2  non-refundable if Buyer does not complete this transaction. Buyer
3  shall have until close of business, December 22, 2010, to pay the
4  $230,000 balance of the purchase price in the form of a cashier's
5  check payable to Beall & Burkhardt's trust account. Map Link is
6  authorized to transfer 49.9% of Benchmark to Buyer immediately
7  upon the payment of the balance of the purchase price and the
8  remaining 0.1% owned by Map Link one year and one day after the
9  first transfer, unless the owner of the other 50% interest in
10 Benchmark consents to an earlier transfer.
11     2.   If Buyer does not pay the balance of the purchase price
12 by close of business on December 22, 2010, then Map Link's 50%
13 Interest in Benchmark shall be sold to Benchmark Maps, LLC, or
14 Assignee ("the Backup Buyer") for the amount of $235,000. Map Link
15 shall give Backup Buyer prompt notice by email and phone of any
16 failure to perform by Buyer. Backup Buyer shall then have 7
17 calendar days to pay the purchase price in the form of a cashier's
18 check payable to Beall & Burkhardt's trust account. If the
19 Interest is to be sold to the Backup Buyer under this paragraph,
20 Map Link is authorized to transfer 49.9% of Benchmark to Backup
21 Buyer immediately upon the payment of the balance of the purchase
22 price and the remaining 0.1% owned by Map Link one year and one
23 day after the first transfer, unless the owner of the other 50%
24 interest in Benchmark consents to an earlier transfer.
25     3.   Both Buyer and Backup Buyer are good faith purchasers as
26 that term is used in Bankruptcy Code Section 363(m) and shall be
27 entitled to the protections provided to a good-faith purchaser
28 under such section.

1      4.  Any objections to the proposed sale have been withdrawn or overruled and the debtor's proposed overbidding provisions are approved.

    5.  The Debtor is authorized pursuant to Sections 105 and 363(b) of the Bankruptcy Code to sell all of its right, title and 50% Interest in Benchmark as set forth above.

    6.  The $240,000 in proceeds from the sale of the Interest (or the $10,000 deposit plus the $235,000 proceeds from the Backup Buyer if sold under paragraph 2 above) shall not become subject to the lien of Map Link's secured creditor, Rabobank, either by virtue of their receipt by Map Link or by virtue of being deposited into a Map Link bank account. Such funds shall remain unencumbered and available for distribution as ordered by this Court.

IT IS SO ORDERED.


Dated: *December 8, 2010*

*Robin Riblet*
Honorable Robin Riblet
United States Bankruptcy Judge

3

| In re: | | CHAPTER: 11 |
|---|---|---|
| Map Link, | Debtor(s) | CASE NUMBER: 9:08-bk-13277-RR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO SELL ASSET OF THE CHAPTER 11 ESTATE (50% INTEREST IN BENCHMARK MAPS, LLC) UNDER BANKRUPTCY CODE SECTION 363** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 12/08/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

  Eric W. Burkhardt- castlesb@aol.com
  Brian Fittipaldi- brian.fittipaldi@usdoj.gov
  Office of the US Trustee- ustpregion16.nd.ecf@usdoj.gov
  William E. Winfield- wwinfield@nchc.com
  Robert E Hurlbett  bob@hurlbettlaw.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

WILLIAM HUNT
840 MISSION CANYON RD
SANTA BARBARA, CA 93105

Map Link
30 South Patera Lane
Santa Barbara, CA 93117

**Request for Special Notice:**
David Galle, Esq.
Steven W. Meyer, Esq.
Rebecca G. Sluss, Esq.
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Dean Haskell
9 Planters Wood Court
Hilton Head Island, SC 29928

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                        F 9021-1.1