BEALL & BURKHARDT
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Map Link, Inc.,<br><br>               Debtor. | Bk. No. 9:08-bk-13277-RR<br>Chapter 11<br><br>**DECLARATION OF WILLIAM S. HUNT IN SUPPORT OF DISMISSAL OF CASE**<br><br>Date: December 8, 2010<br>Time: 2:00 p.m.<br>Place: 1415 State Street<br>      Courtroom 201<br>      Santa Barbara, CA 93101 |

I, William S. Hunt, declare and state as follows:

1.    I am the president of Map Link, Inc. Each of the matters set forth below is stated of my personal knowledge and if called as a witness, I could competently testify to each of them.

2.    The $240,000 in proceeds from the court approved sale of Map Link's 50% interest in Benchmark Maps LLC was wire transferred to the Beall & Burkhardt trust account. Beall & Burkhardt then transferred such proceeds (less Beall & Burkhardt's pro-rata share of such proceeds) into an account of the debtor with Montecito Bank & Trust (the "Distribution Account").

1

3. There was approximately $10-15 remaining in the Distribution Account prior to the deposit of the proceeds from the sale of Benchmark. Such balance was transferred to Map Link's other remaining bank account (the "Rabobank Account"). The Rabobank Account is only being used to collect payments from accounts receivables and refunds, all of which are subject to Rabobank's lien. All of the money in the Rabobank Account has been or will be transferred to Rabobank.

4. The funds in the distribution account were paid as set forth in the spreadsheet attached hereto as Exhibit A, either by check or wire transfer. The 4th Quarter 2010 US Trustee's fees of $4,875 were paid in full. Several of the foreign creditors require wire transfers. The cost of such transfers was then deducted from the balance, as were the postage costs. The remaining balance of $234,636.40 was then available to pay the remaining administrative creditors (including Beall & Burkhardt).

5. The total remaining unpaid administrative creditor claims are $289,156.29. Thus, each administrative creditor received 81.145% of its remaining administrative claim ($234,636.40/$289,156.29).

6. A comparison of Exhibit A to the December 1, 2010 AP summary (which was Exhibit A to the status report) shows that the remaining unpaid administrative creditors amount is a few thousand dollars less than was set forth in the exhibit attached to Map Link's status report. When preparing the checks, I discovered that three listed vendors should not have been included. For example, one was an advance bill for work that was never done by the vendor. Another was an estimate for Worker's

1 | comp, but with no Map Link employees, no amount is due. The third
2 | was a scheduled prepayment for use of a UPC code, which never
3 | occurred since Map Link discontinued its business. Finally, a
4 | trash bill was received last week so $230.65 for Marborg was
5 | added. The net result is that the total claims paid were
6 | approximately $5,220 lower, with each remaining creditor
7 | receiving a higher pro-rata share than originally expected.

6. All such wire transfers have been made and all such checks have been placed in the mail.

I declare the foregoing is true under penalty of perjury.

Dated: December 17, 2010

*William S Hunt*
William S. Hunt, President of Map Link, Inc.

Map Link, Inc
Administrative Claims paid 18 Dec 2010

| Creditor | Amount due | Pro rata amount | Check number | WIRE |
|---|---|---|---|---|
| STARTING CASH | | $240,000.00 | | |
| PAYMENTS @ 100% | | | | |
| US Trustee | $4,875.00 | $4,875.00 | 101 | |
| Wire transfer fees, 11 x $40 | | $440.00 | 102 | |
| Postage, domestic and foreign | | $48.60 | 103 | |
| BALANCE | | $234,636.40 | | |
| | | | | |
| PRO RATA PAYMENTS @ 81.145% | | | | |
| Acumen Group | $5,000.00 | $4,057.26 | 104 | |
| Adler Publishing Co | $72.61 | $58.92 | 105 | |
| Airphoto International | $269.50 | $218.69 | 106 | |
| Anavasi Publications | $216.53 | $175.70 | | *** |
| Appalachian Train Conference | $49.38 | $40.08 | 107 | |
| Beall & Burkhardt | $64,784.85 | $52,569.78 | 108 | |
| Benchmark Maps | $67,164.99 | $54,501.15 | 109 | |
| Big Sky Maps | $124.96 | $101.40 | 110 | |
| California Map Service | $63.03 | $51.15 | 111 | |
| Carol Mendel Publishing | $367.50 | $298.21 | 112 | |
| Cartographia | $2,623.26 | $2,128.65 | | *** |
| Coastal Cruise Tour Guides | $1,105.50 | $897.06 | 113 | |
| Columbus Verlag | $5,014.40 | $4,068.94 | | *** |
| Coop's Maps | $91.15 | $73.96 | 114 | |
| Cruise Map Publishing | $189.52 | $153.79 | 115 | |
| Data Trak | $2,990.00 | $2,426.24 | 116 | |
| Docuproducts Corp | $24.76 | $20.09 | 117 | |
| Dragon Creek | $87.00 | $70.60 | 118 | |
| Earthwalk Press | $598.50 | $485.65 | 119 | |
| Easylink Services Ltd | $224.83 | $182.44 | 120 | |
| Effe Books | $90.60 | $73.52 | 121 | |
| Eisenbrauns | $501.57 | $407.00 | 122 | |
| Emmitt Barks Cartography | $75.00 | $60.86 | 123 | |
| Express Logistics | $3,435.06 | $2,787.39 | 124 | |
| Farhad Forutan | $776.80 | $630.34 | 125 | |
| Fineedge.com | $141.71 | $114.99 | 126 | |
| Five Star Maps | $166.00 | $134.70 | 127 | |
| Frontier Technology | $40.00 | $32.46 | 128 | |
| Gabelli US Inc | $867.50 | $703.93 | 129 | |
| Gaia Communications | $121.40 | $98.51 | 130 | |
| General Binding Corp | $972.30 | $788.97 | 131 | |
| Geo-Graphics | $107.30 | $87.07 | 132 | |
| Geotoys | $42.40 | $34.41 | 133 | |
| Giovanni Tombazzi | $320.42 | $260.01 | | *** |
| Gizimap | $2,914.00 | $2,364.57 | | *** |
| Graphic Maps, Ltd | $135.00 | $109.55 | 134 | |
| Great Pacific Recreation Maps | $916.75 | $743.90 | 135 | |
| Gross Bar Recreational Maps | $72.50 | $58.83 | 136 | |
| GTR Mapping | $466.61 | $378.63 | 137 | |
| Heritage House Publishing | $154.32 | $125.22 | 138 | |
| Imus Geographics | $131.80 | $106.95 | 139 | |
| ITMB Publishing | $9,645.31 | $7,826.70 | 140 | |
| La Patera Investors LP | $39,083.00 | $31,713.97 | 141 | |
| Map Adventures | $121.84 | $98.87 | 142 | |
| Mapsco | $2,522.33 | $2,046.75 | 143 | |
| McGowan Guntermann | $4,362.75 | $3,540.16 | 144 | |
| Michael Brein | $160.00 | $129.83 | 145 | |
| Millennium House | $12,000.00 | $9,737.42 | | *** |
| MM Photodrucke | $428.96 | $348.08 | | *** |
| Mussio Ventures | $240.00 | $194.75 | 146 | |
| Nancy Chandler Graphics | $259.00 | $210.17 | 147 | |
| National Map Company | $531.00 | $430.88 | 148 | |

| Vendor | Amount 1 | Amount 2 | Ref |
|---|---|---|---|
| Nelles Verlag | $5,466.74 | $4,436.00 | *** |
| Northwest Map Service | $415.51 | $337.17 | 149 |
| Ocean Explorer Maps | $470.00 | $381.38 | *** |
| Oregon Blueprint | $55.75 | $45.24 | 150 |
| Perseus Distribution | $421.86 | $342.32 | 151 |
| Pitney Bowes | $1,629.09 | $1,321.93 | 152 |
| Progressive Communications | $3,207.52 | $2,602.75 | 153 |
| Quimera Editores | $221.38 | $179.64 | 154 |
| Rand McNally | $30,892.93 | $25,068.12 | 155 |
| Rufus Graphics | $160.00 | $129.83 | 156 |
| Russian Information Services | $135.00 | $109.55 | 157 |
| SC Edison | $2,119.71 | $1,720.04 | 158 |
| Softshare, Inc | $480.00 | $389.50 | 159 |
| Sprint Data Services | $668.48 | $542.44 | 160 |
| Steam Powered Group | $813.33 | $659.98 | 161 |
| Sun Country Distributors | $53.75 | $43.62 | 162 |
| Telepacific Communications | $1,044.72 | $847.74 | 163 |
| Thomas Cook Publishing | $688.59 | $558.76 | 164 |
| Time Traveler Maps | $312.15 | $253.29 | 165 |
| Tom Harrison | $1,111.65 | $902.05 | 166 |
| Topkart & Terra Nostra | $156.95 | $127.36 | *** |
| Toucan Maps, Inc | $150.48 | $122.11 | 167 |
| Trailhead Graphics | $119.40 | $96.89 | 168 |
| US Geological Survey | $2,864.54 | $2,324.44 | 169 |
| Variety Book Depot | $120.47 | $97.76 | 170 |
| VW Maps Pty Ltd | $382.00 | $309.97 | 171 |
| WNEK Cartographics | $51.25 | $41.59 | 172 |
| Wychwood Editions | $290.00 | $235.32 | 173 |
| Zagier & Urruty | $1,310.39 | $1,063.32 | *** |
| Zak's LLC | $246.50 | $200.02 | 174 |
| Marborg Industries | $230.65 | $187.16 | 175 |
| TOTALS | $289,156.29 | $234,636.40 | |
| Balance after distribution | | $0.00 | |

DELETED ACCOUNTS PAYABLE

| | | |
|---|---|---|
| GS1 US | $2,100.00 | for 2011 |
| MapXL | $1,449.20 | work not done; taken off AR |
| Praetorian Insurance Co | $1,892.72 | Policy EQB0100092 |

| In re:<br>Map Link, Inc.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 9:08-bk-13277-RR |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described **DECLARATION OF WILLIAM S. HUNT IN SUPPORT OF DISMISSAL OF CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/20/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Brian D Fittipaldi   brian.fittipaldi@usdoj.gov
Robert E Hurlbett   bob@hurlbettlaw.com
United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov
William E Winfield   wwinfield@nchc.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 12/20/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/20/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy:**
Honorable Robin Riblet
United States Bankruptcy Court
Central District of California
1415 State Street
Santa Barbara, CA 93101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/20/10 | Natalie A. Spilborghs | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

**20-Largest Creditors**
RAND MCNALLY
9855 WOODS DRIVE
SKOKIE, IL 60077

RITA DRAPER
1666 LAS CANOAS
SANTA BARBARA, CA 93105

HAGSTROM MAP CO
36-36 33RD ST, SUITE 401
LONG ISLAND CITY, NY 11106

LAURA ERICSON
427 ROSARIO DR
SANTA BARBARA, CA 93110

DELORME
2 DELORME DR, P.O. BOX 298
YARMOUTH, ME 04096

STREETWISE MAPS
4376 INDEPENDENCE CT
SARASOTA, FL 34234

FREYTAG & BERNDT
BRUNNERSTRASSE 69
A-1230 VIENNA, AUSTRIA

THE MILEPOST
PO BOX 470725
FORT WORTH, TX 76147

TEAMFAKTOR SUED GMBH
BUCHHOFSTR 1A,
D-82319 STARNBERG,
GERMANY

CF COMMERCIAL FACTORING GMBH
VOGELBERG 38, D-29227
CELLE, GERMANY

GARY REES
1666 LAS CANOAS
SANTA BARBARA, CA 93105

MAPSCO
4181 CENTURION WAY
ADDISON, TX 75001

GLOBE PEQUOT PRESS
246 GOOSE LANE
GUILFORD, CT 06437

ITMB PUBLISHING LTD
12300 BRIDGEPORT RD
RICHMOND, BC V6V 1J5 CANADA

NATIONAL GEOGRAPHIC MAPS
212 BEAVER BROOK CANYON DR
EVERGREEN, CO 80439

MAP SUPPLY
PO BOX 1748
WELCOME, NC, 27374

PETER HEILER C/O MAP ART
70 BLOOR STREET E,
OSHAWA, ONTARIO L1H 3M2
CANADA

UNIVERSAL MAP GROUP
PO BOX 147
FORT WASHINGTON, PA 19034

NELLES VERLAG
MACHTLFINGER STR 11,
D-81379 MUENCHEN,
GERMANY

PENGUIN GROUP
405 MURRAY HILL PKWY
EAST RUTHERFORD, NJ 07073

**Secured Creditor:**
RABOBANK
33 EAST CARRILLO STREET
SANTA BARBARA, CA 93101

William E. Winfield, Esq.
Nordman, Cormany, Hair & Crompton
1000 Town Center Drive, 6th Floor
Oxnard, CA 93031

**Barnes and Noble Inc**
c/o S Meyer; R Sluss
45 South 7th St, 3300 Plaza VII
Minneapolis, MN 55402

**Request for Special Notice:**
David Galle, Esq.
Steven W. Meyer, Esq.
Rebecca G. Sluss, Esq.
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Dean Haskell
9 Planters Wood Court
Hilton Head Island, SC 29928

Map Link
4 E Yanonali Street
Santa Barbara, CA 93101