**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor



FILED & ENTERED

DEC 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy No. 9:08-bk-13277-RR |
| | ) Chapter 11 |
| Map Link, Inc., | ) |
| | ) **ORDER DISMISSING CASE** |
| Debtor. | ) |
| | ) Date:  December 8, 2010 |
| | ) Time:  2:00 p.m. |
| | Place: 1415 State Street |
| | Courtroom 201 |
| | Santa Barbara, CA 93101 |

    At the status conference on December 8, 2010, at 2:00 p.m., in the United States Bankruptcy Court, 1415 State Street, Courtroom 201, Santa Barbara, California, 93101, Eric W. Burkhardt of Beall & Burkhardt appeared on behalf of debtor, William E. Winfield of Nordman Cormany Hair & Compton appeared on behalf of creditor Rabobank and Brian Fittipaldi appeared on behalf of the Office of the United States Trustee. After being informed that the debtor was administratively insolvent, the court ordered the debtor to pay the US Trustee's fees in full, to pay the administrative

1  creditors on a pro-rata basis out of the proceeds from the sale of the debtor's interest in Benchmark
2  Maps LLC, to file a declaration indicated that such payments have been made and to submit an order
3  dismissing the case on or before December 22, 2010. Such payments have been made, such
4  declaration has now been filed and the Debtor has no remaining assets of substantive value.
5      IT IS HEREBY ORDERED AND ADJUDGED that this case is hereby dismissed.
6  **IT IS SO ORDERED.**
7  ###
8  ###
9  ###
10 ###
11 ###
12 ###
13 ###
14 ###
15 ###
16 ###
17 ###
18 ###

DATED: December 22, 2010

*Robin Riblet*
United States Bankruptcy Judge

2

| In re: | | CHAPTER: 11 |
|---|---|---|
| Map Link, | Debtor(s) | CASE NUMBER: 9:08-bk-13277-RR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described **ORDER DISMISSING CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 12/20/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the US Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Map Link                                                                                            **SEE ATTACHED LIST**
4 E Yanonali Street
Santa Barbara, CA 93101

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/20/2010 | Natalie A. Spilborghs | /S/ Natalie A. Spilborghs |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

**20-Largest Creditors**

RAND MCNALLY
9855 WOODS DRIVE
SKOKIE, IL 60077

RITA DRAPER
1666 LAS CANOAS
SANTA BARBARA, CA 93105

HAGSTROM MAP CO
36-36 33RD ST, SUITE 401
LONG ISLAND CITY, NY 11106

LAURA ERICSON
427 ROSARIO DR
SANTA BARBARA, CA 93110

DELORME
2 DELORME DR, P.O. BOX 298
YARMOUTH, ME 04096

STREETWISE MAPS
4376 INDEPENDENCE CT
SARASOTA, FL 34234

FREYTAG & BERNDT
BRUNNERSTRASSE 69
A-1230 VIENNA, AUSTRIA

THE MILEPOST
PO BOX 470725
FORT WORTH, TX 76147

TEAMFAKTOR SUED GMBH
BUCHHOFSTR 1A,
D-82319 STARNBERG,
GERMANY

CF COMMERCIAL FACTORING GMBH
VOGELBERG 38, D-29227
CELLE, GERMANY

GARY REES
1666 LAS CANOAS
SANTA BARBARA, CA 93105

MAPSCO
4181 CENTURION WAY
ADDISON, TX 75001

GLOBE PEQUOT PRESS
246 GOOSE LANE
GUILFORD, CT 06437

ITMB PUBLISHING LTD
12300 BRIDGEPORT RD
RICHMOND, BC V6V 1J5 CANADA

NATIONAL GEOGRAPHIC MAPS
212 BEAVER BROOK CANYON DR
EVERGREEN, CO 80439

MAP SUPPLY
PO BOX 1748
WELCOME, NC, 27374

PETER HEILER C/O MAP ART
70 BLOOR STREET E,
OSHAWA, ONTARIO L1H 3M2
CANADA

UNIVERSAL MAP GROUP
PO BOX 147
FORT WASHINGTON, PA 19034

NELLES VERLAG
MACHTLFINGER STR 11,
D-81379 MUENCHEN,
GERMANY

PENGUIN GROUP
405 MURRAY HILL PKWY
EAST RUTHERFORD, NJ 07073

**Secured Creditor:**
RABOBANK
33 EAST CARRILLO STREET
SANTA BARBARA, CA 93101

William E. Winfield, Esq.
Nordman, Cormany, Hair & Crompton
1000 Town Center Drive, 6th Floor
Oxnard, CA 93031

**Barnes and Noble Inc**
c/o S Meyer; R Sluss
45 South 7th St, 3300 Plaza VII
Minneapolis, MN 55402

**Request for Special Notice:**
David Galle, Esq.
Steven W. Meyer, Esq.
Rebecca G. Sluss, Esq.
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Dean Haskell
9 Planters Wood Court
Hilton Head Island, SC 29928

| In re: | CHAPTER: 11 |
|---|---|
| Map Link,                              Debtor(s) | CASE NUMBER: 9:08-bk-13277-RR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  12/20/2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    Eric W. Burkhardt- castlesb@aol.com
    Brian Fittipaldi- brian.fittipaldi@usdoj.gov
    Office of the US Trustee- ustpregion16.nd.ecf@usdoj.gov
    William E. Winfield- wwinfield@nchc.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Map Link
4 E Yanonali Street
Santa Barbara, CA 93101

**SEE ATTACHED LIST OF 20 LARGEST CREDITORS**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                                    **F 9021-1.1**

| | |
|---|---|
| 1 | |
| 2 | **20-Largest Creditors** |
| | RAND MCNALLY |
| | 9855 WOODS DRIVE |
| 3 | SKOKIE, IL 60077 |
| | |
| | RITA DRAPER |
| 4 | 1666 LAS CANOAS |
| | SANTA BARBARA, CA 93105 |
| 5 | |
| | HAGSTROM MAP CO |
| | 36-36 33RD ST, SUITE 401 |
| 6 | LONG ISLAND CITY, NY 11106 |

**20-Largest Creditors**

RAND MCNALLY
9855 WOODS DRIVE
SKOKIE, IL 60077

RITA DRAPER
1666 LAS CANOAS
SANTA BARBARA, CA 93105

HAGSTROM MAP CO
36-36 33RD ST, SUITE 401
LONG ISLAND CITY, NY 11106

LAURA ERICSON
427 ROSARIO DR
SANTA BARBARA, CA 93110

DELORME
2 DELORME DR, P.O. BOX 298
YARMOUTH, ME 04096

STREETWISE MAPS
4376 INDEPENDENCE CT
SARASOTA, FL 34234

FREYTAG & BERNDT
BRUNNERSTRASSE 69
A-1230 VIENNA, AUSTRIA

THE MILEPOST
PO BOX 470725
FORT WORTH, TX 76147

TEAMFAKTOR SUED GMBH
BUCHHOFSTR 1A,
D-82319 STARNBERG,
GERMANY

CF COMMERCIAL FACTORING GMBH
VOGELBERG 38, D-29227
CELLE, GERMANY

GARY REES
1666 LAS CANOAS
SANTA BARBARA, CA 93105

MAPSCO
4181 CENTURION WAY
ADDISON, TX 75001

GLOBE PEQUOT PRESS
246 GOOSE LANE
GUILFORD, CT 06437

ITMB PUBLISHING LTD
12300 BRIDGEPORT RD
RICHMOND, BC V6V 1J5 CANADA

NATIONAL GEOGRAPHIC MAPS
212 BEAVER BROOK CANYON DR
EVERGREEN, CO 80439

MAP SUPPLY
PO BOX 1748
WELCOME, NC, 27374

PETER HEILER C/O MAP ART
70 BLOOR STREET E,
OSHAWA, ONTARIO L1H 3M2
CANADA

UNIVERSAL MAP GROUP
PO BOX 147
FORT WASHINGTON, PA 19034

NELLES VERLAG
MACHTLFINGER STR 11,
D-81379 MUENCHEN,
GERMANY

PENGUIN GROUP
405 MURRAY HILL PKWY
EAST RUTHERFORD, NJ 07073

**Secured Creditor:**
RABOBANK
33 EAST CARRILLO STREET
SANTA BARBARA, CA 93101

William E. Winfield, Esq.
Nordman, Cormany, Hair & Crompton
1000 Town Center Drive, 6th Floor
Oxnard, CA 93031

**Barnes and Noble Inc**
c/o S Meyer; R Sluss
45 South 7th St, 3300 Plaza VII
Minneapolis, MN 55402

**Request for Special Notice:**
David Galle, Esq.
Steven W. Meyer, Esq.
Rebecca G. Sluss, Esq.
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Dean Haskell
9 Planters Wood Court
Hilton Head Island, SC 29928